No. A–410.   FIRST NATIONAL BANK & TRUST, WIBAUX, MONTANA, ET AL. *v.* COMPTROLLER OF THE CURRENCY.   C. A. 9th

Cir. Application for stay, addressed to JUSTICE GINSBURG and referred to the Court, denied.